IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMAS BORGES, JR., on behalf of himself and all others similarly situated;<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GURSTEL LAW FIRM, PC, f/k/a Gurstel Chargo, P.A., and CAVALRY SPV I, LLC,<br><br>　　　　　　　　Defendants. | 8:18CV344<br><br>ORDER |

This matter is before the Court after a review of the parties' Joint Notice of Class Action Settlement (Filing No. 21). In accordance with the Joint Notice,

**IT IS ORDERED** that the parties shall file their proposed Settlement Agreement, Motion for Preliminary Approval of Class Action Settlement, and any supporting briefing or other documents by **December 21, 2018**.

Dated this 9th day of November, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge